IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plainitff, | ) | |
| | ) | Case No.16-00561-cv-HFS |
| v. | ) | Crim. No. 12-00049-cr-HFS |
| | ) | |
| Roderick E. Taylor, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM TO COUNSEL

On April 10, 2018, this Court entered an order lifting the stay in this case and directing the parties to proceed with resentencing. (Doc. 55). The Probation Office has now filed a presentence investigation report addendum and a revised sentencing packet. (Docs. 56, 57).

If an agreed sentence can be proposed, with a waiver of hearing, the court would consider the appropriateness of such a sentence, based on the record. Otherwise, counsel should confer as to possible dates for a rescheduling hearing and propose mutually agreeable dates to Judge Sachs' courtroom deputy.

        /s/ Howard F. Sachs
        Howard F. Sachs
        United States District Court Judge

May 15, 2018
Kansas City, Missouri